UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

BOBBY G BOYCHER ET AL                    CASE NO.  2:24-CV-01391

VERSUS                                   JUDGE JAMES D. CAIN, JR.

USA                                      MAGISTRATE JUDGE LEBLANC

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, **IT IS ORDERED, ADJUDGED,** and **DECREED** that judgment be entered for the plaintiff Sara Boycher in the following amounts:

- **$132,092.93** in past medical costs

- **$596,684.00** in future medical costs

- **$200,000.00** in past and future pain, suffering, and loss of enjoyment of life

**THUS DONE** in Chambers on this 29th day of April, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE